IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| LANCE COLLINS, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-09-197-C |
| | ) | |
| H. A. LEDEZMA, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER OF DISMISSAL

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Bana Roberts consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Roberts entered a Report and Recommendation on April 30, 2010, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and law are set out in full in Judge Roberts' accurate and well-reasoned Report and Recommendation and there is no purpose to be served in repeating them yet again. In his objection, Petitioner merely restates the conclusions and legal argument originally asserted, and raises no issue not fully considered and accurately addressed and rejected by the Magistrate Judge and there is no argument of fact or law set forth in the objection which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, this petition for habeas corpus relief is dismissed. A judgment will enter accordingly.

IT IS SO ORDERED this 19th day of May, 2010.

ROBIN J. CAUTHRON
United States District Judge